UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                                          19-CR-10459

ALEXIS PEGUERO

OPPOSITION TO MOTION FOR TEMPORARY PROTECTIVE ORDER

Alexis Peguero, by his attorney, opposes the government's motion for temporary protective order.

The government asserts no legitimate reason why defense counsel cannot be provided forthwith with *Jencks* discovery and other discovery relevant to the detention hearing scheduled for December 17, 2019.  Rather the government makes non-defendant specific assertions as reasons why it will not provide the required discovery prior to the detention hearing without a protective order.

The government's approach to discovery prior to detention hearing will only serve to delay proceedings and require unnecessary and unfair pre-trial detention for Mr. Peguero.  Mr. Peguero has no prior criminal history, is married with two minor children (ages 7 and 4), is a natural born United States citizen, his wife is the primary source of family income, he provides child care and transportation for their children when she is working, he should be released to his family residence (a single family home in Saugus, Mass.)

Mr. Peguero incorporates herein the opposition filed by defendant Palacios, document 54.

ALEXIS PEGUERO
By his attorney,

*Elliot M. Weinstein*

Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA  02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that a copy of the above was served on all parties via ECF system.

*Elliot M. Weinstein*