UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| v. | ) ) Criminal No. 1:19-cr-10459-RWZ-15 |
| ALEXIS PEGUERO, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT ALEXIS PEGUERO'S MOTION FOR LEAVE TO FILE THEIR SENTENCING MEMORANDUM LATE

The Defendant, Alexis Peguero in the above-captioned matter respectfully requests that this Honorable Court allow the Defendant's motion for leave in order to file their Sentencing Memorandum late on Wednesday December 9, 2020.

As reasons therefore, counsel for the Defendant states the following:

1. Due to the COVID-19 pandemic, it has been difficult to effectively communicate with the Defendant.

2. Counsel for the Defendant is working remotely and is not in the Commonwealth of Massachusetts.

3. The allowance of the motion would be in the interests of justice.

WHEREFORE, The Defendant, Alexis Peguero respectfully requests that this Honorable Court allow the Defendant's motion for leave in order to file their Sentencing Memorandum late on Wednesday December 9, 2020.

Respectfully Submitted,

ALEXIS PEGUERO,
By his counsel

/s/ *Robert S. Sinsheimer*
Robert S. Sinsheimer, BBO 464940
SINSHEIMER & ASSOCIATES
92 State Street, 9th Floor
Boston, MA 02109
Tel: (617) 722-9954
Fax: (617) 722-9954
rsinsheimer@sinsheimerlaw.com

Dated: December 9, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 9, 2020.

/s/ *Robert S. Sinsheimer*
Robert S. Sinsheimer