UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 19-CR-10459-RWZ-15

UNITED STATES OF AMERICA

v.

ALEXIS PEGUERO

<u>ORDER</u>

May 18, 2021

ZOBEL, S.D.J.

Defendant pleaded guilty to an indictment charging him with conspiracy to conduct enterprise affairs through a pattern of racketeering activity in violation of 18 U.S.C. § 1962(d). On February 25, 2021, he was sentenced to 21 months of incarceration followed by three years of supervised release. He moves to modify his sentence and to alter the conditions of supervised release. Docket # 1766.

The motion is ALLOWED in part and DENIED in part. To the extent that defendant seeks a modification of the term of imprisonment, the motion is denied. Upon completion of the period of incarceration, however, defendant shall be released to a residence approved by the Probation Office and begin the previously imposed period of supervised release.

    May 18, 2021
        DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

1